■ In the Matter of CORY MICHAEL F.

Present—Denman, J. P., Boomer, Green, Pine and Balio, JJ.